UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: MARKISHA JONES,  Chapter 13

Debtor.  Case No.: 18-31276-BEH

## AFFIDAVIT OF SERVICE

STATE OF WISCONSIN )
 ) ss.
MILWAUKEE COUNTY )

I, Faline Townsend, swear and affirm that on December 7, 2018, the **Chapter 13 Plan** in this case were electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

U.S. Bankruptcy Clerk

Office of the U.S. Trustee

Scott Lieske
Chapter 13 Trustee

I, Faline Townsend, further swear and affirm, that on December 18, 2018, I have mailed by **first-class mail** the same documents to the following non-ECF participants:

Internal Revenue Service
Attn: Matthew D. Krueger, U.S. Attorney
517 East Wisconsin Avenue #530
Milwaukee, WI 53202

Santander Consumer USA Inc.
Attn: Scott Powell, CEO
P.O. Box 961245
Fort Worth, TS 76161-1245

Wisconsin Department of Revenue
Attn: Brad D. Schimel, Attorney General
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53703-7857

Subscribed and sworn to before me this 18th day of December, 2018.

/s/
Atty. Thomas Napierala
Notary Public, State of Wisconsin
My commission is permanent

/s/
Faline Townsend
Strouse Law Offices
413 N. 2nd Street, Suite 150
Milwaukee, WI 53203
(414) 390-0820